**United States District Court**
For the Northern District of California

1

2                          IN THE UNITED STATES DISTRICT COURT

3                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   SELECT PORTFOLIO SERVICING,                    No. C 10-01882 SI

6              Plaintiff,                          **ORDER OF DISMISSAL UPON SETTLEMENT**

7      v.

8   AMCO INS. CO.,

9              Defendant.
                                            /
10

11          The parties to the action, by their counsel, have advised the court that they have agreed

12  to a settlement.

13          IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.  However, that

14  if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel,

15  within sixty days from the date hereof, that settlement has not in fact occurred, the foregoing order shall

16  be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

17

18  Dated:                                   _____

19                                           SUSAN ILLSTON
                                             United States District Judge
20

21

22

23

24

25

26

27

28